IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD TYRONE RIDLEY,

      Petitioner,

v.

ATTORNEY GENERAL OF
FLORIDA, ATTORNEY
GENERAL OF GEORGIA,
STATE OF FLORIDA,
STATE OF GEORGIA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0280

Opinion filed April 1, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Edward Tyrone Ridley, pro se, Petitioner.

Hon. Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied on the merits.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.